

# Fourth Court of Appeals
## San Antonio, Texas

September 7, 2018

No. 04-17-00815-CR

Issac **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8370B
Honorable Joey Contreras, Judge Presiding

# O R D E R

After we granted the State's first motion for an extension of time to file the brief, the State's brief was due on September 5, 2018. On the due date, the State filed its second motion for a thirty-day extension of time to file its brief.

The State's motion is GRANTED. The State's brief is due on October 5, 2018. Any further motion for extension of time to file the State's brief is discouraged.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court